21
2-11-02

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILLIAM A. HAZZARD, | : |
| Plaintiff | : No. 1:CV-00-1758 |
| v. | : |
| | : Judge Rambo |
| TIMOTHY CURTIS, MACK MCMURRAY, AFSCME DISTRICT 90, AND THE HARRISBURG SCHOOL DISTRICT, | : JURY TRIAL DEMANDED |
| Defendants | : |

FILED
FEB 1 1 2002
PER _____
HARRISBURG, PA   DEPUTY CLERK

## ORDER

AND NOW, this ___8th___ day of February 2002, upon consideration of Defendants' Motion for Leave to File Summary Judgment Brief in Excess of Fifteen Pages, (not to exceed 25 pages) the it is hereby ordered that the Motion is GRANTED.

By The Court:

_____
Honorable Sylvia H. Rambo