IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| William Hazzard,<br><br>            Plaintiff<br><br>    v.<br><br>Tim Curtis, Mack McMurray, AFSCME District 90, and the Harrisburg School District,<br><br>            Defendants | Civil Action–Law<br><br>No. 1:CV-00-1758<br><br>FILED<br>HARRISBURG, PA<br><br>FEB 13 2002<br><br>MARY E. D'ANDREA, CLERK<br>Per _____ |

MOTION OF DEFENDANTS
AFSCME DISTRICT COUNCIL 90 AND ROBERT McMURRARY
TO FILE BRIEF IN EXCESS OF FIFTEEN PAGES
<u>PURSUANT TO LOCAL RULE 7.8</u>

Defendants, AFSCME District Council 90 ("AFSCME") and Robert McMurray, by and through their undersigned counsel, hereby move, pursuant to Local Rule 7.8, for leave to file a brief in excess of fifteen pages in length in connection with the Motion for Summary Judgment that Defendants will file on Friday, February 15, 2002, in support whereof Defendants aver as follows:

1. By order of the Court, Pre-Trial Motions and supporting briefs must be filed by February 15, 2002.

2. Local Rule 5.1(c) requires that the typeface on all documents filed in the Court must be no less than fourteen (14) points.

3. Local Rule 7.8 provides that briefs, including briefs on motions, are limited to fifteen (15) page in length.

4. Defendants require more than fifteen (15) pages in fourteen (14) point type for their brief in support of their Motion for Summary Judgment.

5. Defendants seek leave to file a brief of up to thirty (30) pages in length.

6. Counsel for Defendants AFSCME and McMurray has communicated with counsel for Plaintiff and counsel for Defendants Harrisburg School District, and neither counsel has objected to this request.

WHEREFORE, Defendants McMurray and AFSCME respectfully request that this Court grant leave to file a brief of up to thirty (30) pages in length in support of their Motion for Summary Judgment.

                              Respectfully submitted,
                              WILLIG, WILLIAMS & DAVIDSON

BY: _____
                              ALAINE S. WILLIAMS, ESQUIRE
                              Attorney I.D. No. 32489
                              ERIC M. FINK, ESQUIRE
                              Attorney I.D. No. 80154
                              1845 Walnut Street, 24th Floor
                              Philadelphia, PA 19103
                              (215) 656-3600

                              Attorneys for Defendants
                              McMurray and AFSCME

Dated:     February 12, 2002

## CERTIFICATE OF SERVICE

I, Eric M. Fink, hereby certify that I have this day sent a copy of the Motion for Summary Judgment in the foregoing matter to the counsel listed below, by first class mail, postage prepaid:

Don Bailey, Esquire
4311 North 6th Street
Harrisburg, PA 17110
    Attorney for Plaintiff

Shawn Lochinger, Esquire
Rhoads & Sinon, LLP
One South Market Square, 12th Floor
P.O. Box 1146
Harrisburg, PA 17108-1146
    Attorneys for Defendants Tim Curtis and
    Harrisburg School District

_____
Eric M. Fink

Dated: February 12, 2002

4