IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **WILLIAM HAZZARD,** | CIVIL NO. 1:CV-00-1758 |
| **Plaintiff** | |
| v. |  |
| **TIM CURTIS, MACK McMURRAY, AFSCME DISTRICT 90, and THE HARRISBURG SCHOOL DISTRICT,** | |
| **Defendants** | |

## O R D E R

Before the court is a motion by Defendants AFSCME and McMurray to exceed the page limitation pursuant to Middle District Local Rule 7.8.[1]  Upon consideration thereof, **IT IS HEREBY ORDERED THAT**:

1) The motion is granted in part.

2) Briefs in support of motions for summary judgment may not exceed 25 pages in length, exclusive of any table of contents.

3) Briefs in opposition to motions for summary judgment may not exceed 25 pages in length, exclusive of any table of contents.

4) Reply briefs shall be limited to 15 pages.

/s/ SYLVIA H. RAMBO
United States District Judge

Dated: February 14, 2002.

---

[1] The court requests that, with future motions, counsel comply with M.D.L.R. 5.1(g), which requires proposed orders be submitted with all motions.