IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WILLIAM HAZZARD,<br>    Plaintiff, | : | No. 1:CV-00-1758 |
| v. | : | (Judge Rambo) |
| TIM CURTIS, MACK MCMURRAY,<br>AFSCME DISTRICT 90, and THE<br>HARRISBURG SCHOOL DISTRICT,<br>    Defendants. | : | |

FILED
FEB 15 2002
PER _____
HARRISBURG, PA   DEPUTY CL

## MOTION FOR SUMMARY JUDGMENT FILED ON BEHALF OF DEFENDANTS HARRISBURG SCHOOL DISTRICT & TIMOTHY CURTIS

Pursuant to Federal Rule of Civil Procedure 56, now come Defendants, the Harrisburg School District and Timothy Curtis, by their counsel, Rhoads & Sinon LLP, and file the within Motion for Summary Judgment pursuant to Federal Rule of Civil Procedure 56 for the reasons set forth in the accompanying Brief.

RHOADS & SINON LLP

By: _____
Shawn D. Lochinger
Attorney I.D. No. 52795
Stephanie E. DiVittore
Attorney I.D. No. 85906
One South Market Square
P. O. Box 1146
Harrisburg, PA 17108-1146
(717) 233-5731

Attorneys for Defendants Harrisburg School
District and Timothy Curtis

418380.1

## **CERTIFICATE OF CONCURRENCE**

Pursuant to Local Rule 7.1, the undersigned certifies that he sought the concurrence to the Defendant Harrisburg School District's Motion for Summary Judgment from counsel for Plaintiff, Don Bailey, Esquire, and concurrence was denied, and he sought the concurrence from counsel for Defendants Robert McMurray, and AFSCME District 90, Eric M. Fink, Esquire, and concurrence was granted.

Shawn D. Lochinger, Esquire

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of February, 2002, the foregoing "Motion for Summary Judgment filed on behalf of Defendants Harrisburg School District and Timothy Curtis" was served by means of United States mail, first class, postage prepaid, upon the following:

> Don Bailey
> 4311 North 6th Street
> Harrisburg, PA 17110
>
> Eric M. Fink
> Willig, Williams & Davidson
> 1845 Walnut Street, 24th Floor
> Philadelphia, PA 19103

*Russell D. Fuller*
Russell D. Fuller