

FILED
HARRISBURG
FEB 15 2002
MARY E. D'ANDREA, CLERK
Per_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

William Hazzard,
               Plaintiff

v.

Tim Curtis, Mack McMurray,
AFSCME District 90, and the
Harrisburg School District,
               Defendants

Civil Action–Law

No. 1:CV-00-1758

RAMBO

## MOTION OF DEFENDANTS
## AFSCME DISTRICT COUNCIL 90 AND ROBERT McMURRARY
## FOR SUMMARY JUDGMENT

Defendants, AFSCME District Council 90 ("AFSCME") and Robert McMurray, by and through their undersigned counsel, hereby move for Summary Judgment pursuant to Fed. R. Civ. P. Rule 56(b), and in support thereof aver as follows:

    1.    All parties have had a full opportunity to engage in discovery, and the time for discovery has now closed.

2. There is no genuine issue as to any material fact. The uncontested facts are set forth in the accompanying statement of material facts, which is incorporated herein by reference.

3. Plaintiff has failed to adduce sufficient evidence to satisfy his burden of proof as to the essential elements of his claims against Defendants McMurray and AFSCME.

4. Specifically, Plaintiff has adduced no evidence that Defendant McMurray or Defendant AFSCME discriminated against Plaintiff on account of his race, nor that Defendant McMurray or Defendant AFSCME have breached any duty of fair representation owed to Plaintiff.

5. Defendants McMurray and AFSCME are entitled to judgment in their favor as a matter of law.

WHEREFORE, Defendants McMurray and AFSCME respectfully request that this Court enter Summary Judgment in favor of Defendants McMurray and AFSCME, and against Plaintiff, and that the Court dismiss the Complaint with prejudice.

        Respectfully submitted,
        WILLIG, WILLIAMS & DAVIDSON

BY: _____
        ALAINE S. WILLIAMS, ESQUIRE
        Attorney I.D. No. 32489
        ERIC M. FINK, ESQUIRE
        Attorney I.D. No. 80154
        1845 Walnut Street, 24th Floor
        Philadelphia, PA 19103
        (215) 656-3600

        Attorneys for Defendants
        McMurray and AFSCME

Dated: February 14, 2002

## CERTIFICATE OF SERVICE

I, Eric M. Fink, hereby certify that I have this day sent a copy of the Motion for Summary Judgment in the foregoing matter to the counsel listed below, by first class mail, postage prepaid:

Don Bailey, Esquire
4311 North 6th Street
Harrisburg, PA 17110
    Attorney for Plaintiff

Shawn Lochinger, Esquire
Rhoads & Sinon, LLP
One South Market Square, 12th Floor
P.O. Box 1146
Harrisburg, PA 17108-1146
    Attorneys for Defendants Tim Curtis and
    Harrisburg School District

Eric M. Fink

Dated: February 14, 2002