## IN THE UNITED STATES DISTRICT COURT
### FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **WILLIAM A. HAZZARD** | : | **CIVIL NO. 1:CV-00-1758** |
| **Plaintiff** | : | |
| | : | |
| v. | : | |
| | : | |
| **TIM CURTIS, MACK McMURRAY,** | : | |
| **AFSCME, DISTRICT 90, and THE** | : | |
| **HARRISBURG SCHOOL DISTRICT,** | : | |
| | : | |
| **Defendants** | : | |



FILED

APR 1 7 2002

PER
HARRISBURG, PA  DEPUTY CLERK

### O R D E R

In light of the pending motion for summary judgment, **IT IS HEREBY ORDERED THAT:**

1) This case is removed from the May 2002 trial list and is added to the June 2002 trial list.  Jury selection for cases on the June list will begin at 9:30 a.m. on Tuesday, June 4, 2002, in Courtroom No. 3, Eighth Floor, Federal Building, Third and Walnut Streets, Harrisburg, Pennsylvania.  Counsel are advised that criminal cases have priority and may delay the commencement of civil trials.  A date certain may be discussed at the pretrial conference, but counsel are expected to be prepared for trial at anytime during the trial term.

2) The pretrial conference is rescheduled from May 3, 2002 to 11:00 a.m. on Wednesday, May 22, 2002, in the chambers of Courtroom No. 3.

3) The deadline for filing pretrial memoranda is extended to **noon on May 15, 2002** in conformity with the local rules.

4) All other deadlines remain unchanged.

SYLVIA H. RAMBO
United States District Judge

Dated: April  *17* , 2002.

2