ORIGINAL

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WILLIAM A. HAZZARD | ) | CIVIL ACTION LAW |
| Plaintiff | ) | |
| Vs. | ) | No. 1:CV-00-1758 |
| TIM CURTIS, MACK MCMURRAY, AFSCME, DISTRICT 90, AND THE HARRISBURG SCHOOL DISTRICT | ) | JURY TRIAL DEMANDED |
| Defendants | ) | |

FILED
HARRISBURG
APR 26 2002
MARY E. D'ANDREA, CLERK
Per_____
DEPUTY CLERK

Judge Rambo

## ENTRY OF APPEARANCE

Kindly enter the appearance of Samuel C. Stretton on behalf of the Plaintiff William A. Hazzard in the above captioned matter.

Respectfully Submitted,

Samuel C. Stretton Esq.
301 South High Street
P.O. Box 3231
West Chester, PA 19381-3231

April 25, 2002

## CERTIFICATE OF SERVICE

I hereby certify that on this 25th DAY OF APRIL 2002 a true and correct copy of the foregoing **DOCUMENT** were served upon the following counsel of record by United States Mail, postage prepaid and by Fax:

ERIC FINK, ESQ.
WILLIG, WILLIAMS & DAVIDSON
1845 WALNUT STREET
24TH FLOOR
PHILADELPHIA, PA 19103

SHAWN LOCHINGER, ESQ,
RHOADS & SINON LLP
ONE SOUTH MARKET SQUARE
P.O. BOX 1146
HARRISBURG, PA 17108-1146

BY: _____
Samuel C. Stretton Esq.
301 South High Street
West Chester, PA 19381-3231