IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **WILLIAM A. HAZZARD**<br><br>Plaintiff<br><br>v.<br><br>**TIM CURTIS, MACK McMURRAY, AFSCME, DISTRICT 90, and THE HARRISBURG SCHOOL DISTRICT,**<br><br>Defendants | CIVIL NO. 1:CV-00-1758<br><br>FILED<br>MAY - 6 2002<br>PER_____<br>HARRISBURG, PA  DEPUTY CLERK |

**ORDER**

In accordance with the accompanying memorandum of law, **IT IS HEREBY ORDERED THAT**:

(1) Defendants' motion for summary judgment is **GRANTED** as to count I of Plaintiff's complaint and Plaintiff's claim for retaliation. The Clerk of Court is instructed to enter judgment in favor of Defendants and against Plaintiff as to these matters;

(2) Plaintiff's claim in count II of the complaint is **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction;

(3) The Clerk of Court is instructed to close the file in this case.

SYLVIA H. RAMBO
United States District Judge

Dated: May 6, 2002.