AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court

## MIDDLE DISTRICT OF PENNSYLVANIA
### JUDGMENT IN A CIVIL CASE

William A. Hazzard  
    Plaintiff

Case No: 1:00-CV-1758

V.

Tim Curtis, Mack McMurray, AFSCME, District 90, and the Harrisburg School District  
    Defendants

Judge Sylvia H. Rambo

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that summary judgment be and is hereby entered in favor of the Defendants Tim Curtis, Mack McMurray, AFSCME, District 90, and the Harrisburg School District, and against the Plaintiff, William A. Hazzard, as to Count I of the plaintiff's complaint.

FILED  
MAY - 6 2002  
PER_____  
HARRISBURG, PA  DEPUTY CLERK

Date: May 6th, 2002

Mary E. D'Andrea, Clerk of Court

(By) Mark J. Armbruster, Deputy Clerk